UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| UNITED STATES, | : | CASE NO. 5:81-cr-00138 |
| | : | |
| Plaintiff, | : | ORDER |
| | : | [Resolving Doc. 25] |
| v. | : | |
| | : | |
| ELMER L. MOSLEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Defendant Elmer L. Mosley currently serves a state sentence for aggravated robbery and possessing a weapon under disability.[1]  Defendant Mosley had previously served an eighteen-year federal sentence in the Northern District of Ohio, which has since ended.[2] Mosley now moves this Court to transfer him from his Ohio state correctional facility back to a federal correctional facility, and for appointment of counsel.[3]  However, this Court lacks jurisdiction to change the conditions of Defendant Mosley's term of state imprisonment or to appoint counsel for his state matter.  So, the Court **DENIES** Defendant Mosley's motion to appoint counsel and **DENIES** Defendant Mosley's motion for transfer.

IT IS SO ORDERED.

Dated: July 9, 2024           *s/     James S. Gwin*
                              JAMES S. GWIN
                              UNITED STATES DISTRICT JUDGE

---

[1] *See Offender Search*, Ohio Dep't of Rehab. & Corr., https://appgateway.drc.ohio.gov/OffenderSearch (last visited July 8, 2024); Doc. 25, PageID #: 106.
[2] *See* Doc. 23, PageID #: 101 (citing to Manual Docket, Doc. 1 at 2).
[3] Doc. 25, PageID #: 106.